UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) NOs. 09-cr-30021-MAP
)      12-cv-30108-MAP
JEREMIAH J. SALAMON )

ORDER RE: FURTHER PROCEEDINGS

December 17, 2013

**PONSOR, U.S.D.J.**

Defendant Jeremiah J. Salamon seeks relief pursuant to 18 U.S.C. § 2255.  On July 27, 2012, the government filed its opposition and motion for a supplemental petition (Dkt. No. 104).  On September 25, 2012, this court allowed the motion and issued an order directing the filing of a supplemental petition no later than November 2, 2012.

After numerous extensions and a denial of Plaintiff's Motion to Vacate on June 17, 2013 (Dkt. No. 114), followed by and allowance of a Motion for Reconsideration on August 2, 2013 (Dkt. No. 119), and a further extension, Defendant finally filed his supplement to his 2255 motion on November 29, 2013.

The court's order of September 25, 2012 indicated that within seven days of receiving Defendant's supplement, the government would serve a copy of the supplement and also the order on Defendant's prior counsel Thomas Rooke.  The order contemplated that within thirty days of receiving the

supplement, Attorney Rooke would file his own affidavit responding to the allegations contained in Defendant's supplementation. Following that, the government would file its substantive opposition to Defendant's petition for relief under § 2255.

With this in mind, and to bring all parties up to date, the court hereby orders as follows:

> 1. On or before December 31, 2013, the government will serve Attorney Thomas Rooke with a copy of Defendant's supplement to his 2255 motion (Dkt. No. 122), as well as a copy of the court's order of September 25, 2012 (Dkt. No. 106).
>
> 2. Attorney Rooke will file his responsive affidavit addressing the allegations contained in Defendant's supplement on or before January 31, 2014.
>
> 3. Following this, the government will file its substantive response or opposition to Defendant's Motion to Vacate (Dkt. No. 99) on or before February 28, 2014.
>
> 4. Defendant may, if he wishes, file a reply to the government's opposition on or before March 14, 2014.
>
> 5. The court will thereafter rule on Defendant's Motion to Vacate on the papers or will set the matter up for oral argument.
>
> It is So Ordered.

                                         /s/ Michael A. Ponsor
                                         MICHAEL A. PONSOR
                                         United States District Judge